U.S. DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CV-22973-BB

MAI LIS BAHR,

    Plaintiff,

vs.

NCL (BAHAMAS) LTD. d/b/a NCL,

    Defendant,
_____/

### PLAINTIFF'S VERIFIED EX-PARTE MOTION TO APPROVE FEE CONTRACT

Plaintiff and undersigned counsel move this Court for an order approving their flat fee contingency contract and, in support thereof, state:

Plaintiff and undersigned counsel, pursuant to Rule Regulating the Florida Bar 4-1.5(f)(4)(B)(ii), ask this Court to approve their contingency contract. Plaintiff hired Holzberg Legal to represent her in this personal injury case. Plaintiff voluntarily contracted with counsel under a flat 40% contingency fee agreement because of the expected difficultly, complexity, length, and expense of the litigation. This case involves complex medical issues, including traumatic brain injuries. This case involves complex legal issues concerning General Maritime law, engineering and human factors, life care plan and significant future impaired earnings projections and damages, and the remedies available to injured passengers. Counsel has handled several cases involving the issues this case presents.

Plaintiff read and fully understands the Statement of Client's Rights for Contingency Fees. Plaintiff acknowledges counsel completely explained the contingent fee structure contained in Rule 4-1.5(f)(4)(B)(i). Plaintiff read and fully understands the fee contract and knowingly waives her rights to the limited fee schedule in Rule 4-1.5(f)(4)(B)(i) in order to obtain the services of

counsel. Plaintiff asks this Court to approve her knowing waiver of the fee limitations in Rule 4-1.5(f)(4)(B)(i). The limitations of Rule 4-1.5(f)(4)(B)(i) prevent Plaintiff from retaining counsel. Plaintiff understands the contingent fee limitations in Rule 4-1.5(f)(4)(B)(i) and with full knowledge of those limitations and complete understanding of the terms of the proposed contingency fee contract with counsel, Plaintiff agrees to the terms of counsels' contract and requests this Court approve the contract between Plaintiff and counsel.

Plaintiff and counsel are entitled to have the contract approved when: 1) a court finds Plaintiff understands the right to limit fees under Rule 4-1.5(f)(4)(B); and 2) a court finds Plaintiff understands the terms of the contract. The statement of client's rights, contract, co-counsel addendum, and flat fee addendum are attached to this Motion.

**WHEREFORE**, Plaintiff and counsel ask for an order approving the flat 40% contingent fee contract between them.

## VERIFICATION OF PLAINTIFF

I, MAI LIS BAHR, swear under penalty of perjury that the facts stated above are true. I understand the content and effect of this document and the documents and rules discussed above. I ask this Court to approve the contract and division of fees. Signed under penalty of perjury pursuant to 28 U.S.C. § 1746.

By: _____
**MAI LIS BAHR**

## VERIFICATION OF COUNSEL

I, Glenn Holzberg, swear under penalty of perjury that the facts stated above are true. I ask this Court to approve the contract and division of fees. Signed under penalty of perjury pursuant to 28 U.S.C. § 1746.

By: /s/Glenn J. Holzberg
Glenn J. Holzberg, Esq. (369551)
Holzberg Legal
**Counsel for Plaintiff**
7685 SW 104th Street
Miami, FL 33156
305-668-6410
305-667-6161 fax
glenn@holzberglegal.com
erika@holzberglegal.com

My signature above certifies I, Glenn J. Holzberg, mailed this document and all attachments to the Plaintiff on 03/06/2020 pursuant to Rule Regulating the Florida Bar 4-1.5(f)(4)(B)(ii) at:

Mia Lis Bahr – Plaintiff
1817 Asbury Hall Ct.
Charlotte, NC 28207

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 6, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

/s/Glenn J. Holzberg
GLENN J. HOLZBERG
Fla. Bar Number: 369551

GLENN J. HOZBERG, ESQ.
glenn@holzberglegal.com
Florida Bar No: 369551
HOLZBERG LEGAL
Offices at Pinecrest II, Suite 220
7685 S.W. 104th Street
Miami, Florida 33156
Telephone: (305) 668-6410
Facsimile: (305) 667-6161
*Attorney for Plaintiff*

RACHAEL M. FAGENSON, ESQ.
rfagenson@ncl.com
Florida Bar No: 91868
Norwegian Cruise Line
7665 Corporate Center Drive
Miami, Florida 33126
Telephone: (305) 436-4377
Facsimile: (305) 468-2132
*Attorney for Defendant*

JEFFREY E. FOREMAN, ESQ.
jforeman@fflegal.com
jmaganini@fflegal.com
**MICHAEL C. GORDON, ESQ.**
mgordon@fflegal.com
iortiz@fflegal.com
narguellas@fflegal.com
**CLYDE DUNTON-GALLAGHER, ESQ.**
cgallagher@fflegal.com
FOREMAN FRIEDMAN, PA
One Biscayne Tower – Suite #2300
2 South Biscayne Boulevard
Miami, Florida 33131
Tel: 305-358-6555/ Fax: 305-374-9077
*Attorney for Defendant*