U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 19-cv-22973-BLOOM/LOUIS

MAI LIS BAHR,

    Plaintiff,

vs.

NCL (BAHAMAS) LTD.

    Defendant,

_____/

**DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF DEFENDANT'S OBJECTIONS TO MAGISTRATE'S JUDGE'S ORDER [D.E. 72]**

Defendant, NCL (BAHAMAS) LTD. ("Norwegian"), through the undersigned counsel and, respectfully files its Motion for Leave to File Reply in Support of Defendant's Objections to Magistrate Judge's Order [D.E. 72], and states as follows:

**I.  Introduction**

This is a maritime personal injury action wherein Plaintiff alleges that on July 18, 2018, she was injured after allegedly slipping and falling on a gangway while exiting the Norwegian *Pearl* at the Port of Skagway, Alaska. On July 22, 2021, this Honorable Court issued an Order Striking Defendant's Reply in Support of Defendant's Objections to Magistrate Judge's Order [D.E. 72]. [D.E. 89]. Pursuant to the Court Order, Norwegian's Reply was stricken because "neither the Local Rules nor the Federal Rules of Civil Procedure permit the filing of a reply when appealing a magistrate judge's order on nondispositive matters." [D.E. 89]. However, the Rules also do not specifically preclude the filing of a reply. *See* S.D. Fla. Mag. J. L.R. 4(a)(1); Fed. R. Civ. P. 72(a). In this instance, good cause exists to allow the filing of Norwegian's Reply because

Plaintiff's Response [D.E. 86] addresses new facts that had not yet taken place at the time Norwegian filed its Objections. [D.E. 74].

**II.   Argument**

Norwegian should be permitted to file a Reply because Plaintiff's Response [D.E. 86], raises new facts, and arguments based on said facts, that had not yet occurred when Norwegian filed its Objections on July 7, 2021. [D.E. 74].  Namely, Plaintiff's Response describes (and attaches as Exhibit D) a July 16, 2021 email in which Plaintiff sent her 2019 tax returns to Norwegian. *See* [D.E. 86 at 6]; [D.E. 86-4].  Plaintiff argues that she was under the assumption that Norwegian was already in possession of this information. *Id*.  Plaintiff uses this argument to try and minimize the impact of her past misrepresentations to Norwegian and to the Magistrate Judge regarding the existence and timely production of said document.  Plaintiff further uses this argument to diminish the prejudice Plaintiff's pattern of discovery violations has caused Norwegian, and in support of the lesser sanctions entered by the Magistrate Judge.  Therefore, good cause exists to permit Norwegian to file a reply and address Plaintiff's new facts and arguments.  A copy of Norwegian's proposed Reply is attached hereto as Exhibit "A."

The filing of additional memoranda, beyond what is permitted under the rules, is proper where new facts and arguments are raised that require explanation in order to ensure full understanding of the issues at hand. *See Innovative Health & Wellness, LLC v. Geico Gen. Ins. Co.*, 08-60796-CIV, 2008 WL 3910979, at *1 n.1 (S.D. Fla. Aug. 25, 2008) (granting leave to file a surreply in abundance of caution "for the purposes of ensuring that the Court has a full understanding of the arguments of each party"); *see also Branch Banking & Trust Co. v. Weiser*, 12-CV-21643, 2013 WL 12093148, at *2 (S.D. Fla. May 14, 2013) (granting leave to file surreply and recognizing that the moving party has a due process interest in addressing additional facts);

CASE NO.: 19-cv-22973-BLOOM/LOUIS

*U.S. v. Carter*, 506 Fed. App'x. 853, 860 (11th Cir. 2013) (finding no abuse of discretion where court relied on new evidence raised for the first time in a reply where opposing party did not request leave to file a surreply addressing new evidence); *In re MTC Elec. Techs. Shareholder Litig. v. MTC Elec. Techs. Co.*, 74 F. Supp. 2d 276, 281 n.4 (E.D.N.Y. 1999) (refusing to consider reply in support of objections to magistrate judge's report and recommendation where rules only authorized objections and responses and objecting party never sought leave to file reply). Therefore, Norwegian respectfully request this Honorable Court grant leave to Norwegian to file its Reply.

WHEREFORE, Norwegian respectfully requests that this Honorable Court grant Norwegian's Motion for Leave to File Reply in Support of Defendant's Objections to Magistrate Judge's Order [D.E. 72], and for such further relief this Court deems just and proper.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Undersigned counsel hereby certifies that prior to filing the instant Motion, the parties conferred in a good faith effort to resolve these issues but the parties were unable to resolve the issues raised herein.

Dated: July 23, 2021
Miami, Florida

Respectfully submitted,

**FOREMAN FRIEDMAN, P.A.**

BY: */s/ Michael C. Gordon*
Jeffrey E. Foreman, Esq. (FBN 0240310)
jforeman@fflegal.com
Michael C. Gordon, Esq. (FBN 149284)
mgordon@fflegal.com
One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, FL 33131
Tel: 305-358-6555/Fax: 305-374-9077
*Attorneys for Defendant*

CASE NO.: 19-cv-22973-BLOOM/LOUIS

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 23rd day of July, 2021. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

BY: */s/ Michael C. Gordon*
Michael C. Gordon, Esq.

## SERVICE LIST

Glenn J. Holzberg, Esq.
Law Offices of Glenn J. Holzberg
7685 SW 104th Street
Suite 220
Miami, FL 33156
Telephone: 305-668-6410
Facsimile: 305-667-6161
glenn@holzberglegal.com
*Attorneys for Plaintiff*

*Mel Orchard, Esq.*
orchard@spencelawyers.com
*Attorneys for Plaintiff*

Philip D. Parrish, Esq.
Philip D. Parrish, P.A.
7301 SW 57th Court, Suite 430
Miami, FL 33143
Tel: 305-670-5550
Fax: 305-670-5552
Phil@parrishappeals.com
*Attorneys for Plaintiff*

Jeffrey E. Foreman, Esq.
jforeman@fflegal.com
kfehr@fflegal.com
Michael C. Gordon, Esq.
mgordon@fflegal.com
ihormilla@fflegal.com
Clyde Dunton-Gallagher, Esq.
cgallagher@fflegal.com
lvargas@fflegal.com
FOREMAN FRIEDMAN, P.A.
One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, FL 33131
Telephone: 305-358-6555
Fax: 305-374-9077
*Attorneys for Defendant*
Rachael M. Fagenson, Esq.
NORWEGIAN CRUISE LINE
7665 Corporate Center Drive
Miami, FL 33126
Telephone: 305-436-4377
Facsimile: 305-468-2132
rfagenson@ncl.com
ddeluca@ncl.com
*Attorneys for Defendant*