U.S. DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-cv-22973-BB

MAI LIS BAHR,

    Plaintiff,

vs.

NCL (BAHAMAS) LTD. d/b/a NCL,

    Defendant,
_____/

## DEFENDANT'S TRIAL EXHIBIT LIST

    Defendant, NCL (BAHAMAS) LTD. ("NCL" or "Defendant"), through the undersigned, hereby files its Trial Exhibit List as follows:

| PLAINTIFF'S ATTORNEY<br>Glenn Holzberg, Esq.<br>Mel Orchard, Esq.<br>Phillip Parrish, Esq. | | | DEFENDANT'S ATTORNEY<br>Jeffrey E. Foreman, Esq.<br>Michael C. Gordon, Esq.<br>Clyde S. Dunton-Gallagher, Esq. | |
|---|---|---|---|---|
| **COURT REPORTER:** | | | **COURTROOM DEPUTY:** | |
| **DEFENDANT'S EXHIBIT #** | **OBJECTION** | **ADMITTED** | **EXPECT TO OFFER/MAY OFFER** | **DESCRIPTION OF EXHIBIT** |
| 1. (premarked as D 1) | | | EXPECT | CCTV Footage of Subject Incident, including stills and enlargements |
| 2. (premarked as D 2) | | | EXPECT | Photograph of exemplar caution cone |
| 3. (premarked as D 3) | | | EXPECT | In-cabin safety video |
| 4. (premarked as D 4) | | | EXPECT | Photographs of subject gangway produced by Cruise Line Agencies of Alaska |
| 5. (premarked as D 5) | | | EXPECT | Guest Statement completed by Plaintiff, 7/19/2018 |
| 6. (premarked as D 6) | | | EXPECT | Guest Statement completed by Plaintiff, 7/20/2018 |

| | | | | |
|---|---|---|---|---|
| 7. (premarked as D 7) | D | | EXPECT | Plaintiff's Vacation Photographs from the subject cruise |
| 8. (premarked as D 8) | R | | EXPECT | Plaintiff's Vacation Photographs from the road trip home, July-August 2018 |
| 9. (premarked as D 9) | R | | MAY | Applicable Port Services Contract between NCL and Cruise Line Agency of Alaska |
| 10. (D 10) | | | MAY | Plaintiff's Shipboard Medical Records |
| 11. (premarked as D 11) | | | MAY | Plaintiff's Medical Records from Evergreen Healthcare |
| 12. (premarked as D 12) | A | | MAY | Plaintiff's Medical Records from Dr. Elizabeth Moore |
| 13. (premarked as D 13) | A | | MAY | Plaintiff's Medical Records from Dr. Matthew McGirt |
| 14. (premarked as D 14) | A | | MAY | Plaintiff's Medical Records from Dr. Alden Milam |
| 15. (premarked as D15) | A | | EXPECT | Plaintiff's Medical Records from Dr. Kenneth Ashkin |
| 16. (premarked as D 16) | | | EXPECT | Plaintiff's Medical Records from Dr. Keith Anderson |
| 17. (premarked as D 17) | A | | MAY | Plaintiff's Medical Records from Dr. Megan Donnelly |
| 18. (premarked as D 18) | | | EXPECT | Plaintiff's Medical Records from Ortho Carolina |
| 19. (premarked as D 19) | I, P, F | | MAY | Letter of Protection from Beaches MRI |
| 20. (premarked as D 20) | | | MAY | MRI Report Lumbar Spine 8/9/2010 |
| 21. (premarked as D 21) | A | | MAY | CT Head/Brain 7/22/2018 |
| 22. (premarked as D 22) | A | | MAY | CT Report Head/Brain 7/22/2018 |
| 23. (premarked as D 23) | | | MAY | CT Spine 7/22/2018 |
| 24. (premarked as D 24) | | | MAY | CT Report Spine 7/22/2018 |
| 25. | A | | MAY | X-Ray Report Sacrum Coccyx 8/16/2018 |

| | | | | |
|---|---|---|---|---|
| (premarked as D 25) | | | | |
| 26. (premarked as D 26) | A | | MAY | X-Ray Report Cervical Spine 8/16/2018 |
| 27. (premarked as D 27) | A | | MAY | X-Ray Report Lumbar Spine 8/16/2018 |
| 28. (premarked as D 28) | A | | MAY | MRI Cervical Spine 9/25/2018 |
| 29. (premarked as D 29) | A | | MAY | MRI Report Cervical Spine 9/25/2018 |
| 30. (premarked as D 30) | | | MAY | MRI Lumbar Spine 9/25/2018 |
| 31. (premarked as D 31) | | | MAY | MRI Report Lumbar Spine 9/25/2018 |
| 32. (premarked as D 32) | | | MAY | MRI Cervical Spine 10/9/2018 |
| 33. (premarked as D 33) | | | MAY | MRI Report Cervical Spine 10/9/2018 |
| 34. (premarked as D 34) | | | MAY | X-Ray Cervical Spine 12/2/2019 |
| 35. (premarked as D 35) | | | MAY | X-Ray Lumbar Spine 12/2/2019 |
| 36. (premarked as D 36) | | | MAY | MRI Cervical Spine 12/18/2019 |
| 37. (premarked as D 37) | | | MAY | MRI Report Cervical Spine 12/18/19 |
| 38. (premarked as D 38) | | | MAY | MRI Lumbar Spine 12/18/2019 |
| 39. (premarked as D 39) | | | MAY | MRI Report Lumbar Spine 12/18/19 |
| 40. (premarked as D 40) | | | MAY | MRI Head/Brain 12/10/2020 |
| 41. (premarked as D 41) | | | MAY | MRI Cervical Spine 12/10/2020 |
| 42. (premarked as D 42) | | | EXPECT | Plaintiff's Social Security Income History |
| 43. | A | | EXPECT | Plaintiff's Resignation Letter to Vein Clinics |

| | | | | |
|---|---|---|---|---|
| (premarked as D 43) | | | | |
| 44. (premarked as D 44) | D, R, UP (Rule 403) | | EXPECT | Plaintiff's Vacation Photographs from post-incident vacations |
| 45. (premarked as D 45) | R, A, UP, F | | MAY | Records from Big Sky Ski Resort |
| 46. (premarked as D 46) | | | MAY | Plaintiff's April 2021 Resume |
| 47. (premarked as D 47) | A, F | | MAY | Records from North Carolina Real Estate Commission |
| 48. (premarked as D 48) | A, F | | MAY | 'Real Estate Licensing in North Carolina' booklet from the North Carolina Real Estate Commission |
| 49. (premarked as D 49) | A, F | | EXPECT | Employment Records from Dickens Mitchener Real Estate |
| 50. (premarked as D 50) | A, F | | EXPECT | Plaintiff's Bio/Profile from Dickens Mitchener Website |
| 51. (premarked as D 51) | A, F | | EXPECT | Plaintiff's Listings from Dickens Mitchener Website |
| 52. (premarked as D 52) | R | | EXPECT | Amazon.com page for Plaintiff's book, "Mixed Nuts" |
| 53. (premarked as D 53) | R | | EXPECT | 'Bahrs of Gold' article about Plaintiff's family's recent vacations |
| 54. (premarked as D 54) | D, A, R | | EXPECT | Plaintiff's LinkedIn Profile |
| 55. (premarked as D 55) | D, A, R | | MAY | Plaintiff's Business Facebook Profile |
| 56. (premarked as D 56) | D, A, R | | MAY | Plaintiff's Personal Facebook Profile |
| 57. (premarked as D 57) | D, A, R | | MAY | Plaintiff's People of CLT Blog |
| 58. (premarked as D 58) | D, A, R | | MAY | Plaintiff's People of CLT Instagram |
| 59. (premarked as D 59) | A, R, F | | EXPECT | Directions USA Employment Records |
| 60. (premarked as D 60) | A | | MAY | Video of Plaintiff's appearances on WCNC "Charlotte Today" show |

| # | | | | |
|---|---|---|---|---|
| 61. (premarked as D 61) | A, R | | MAY | Plaintiff's Charish.com Profile with Paintings for sale |
| 62. (premarked as D 62) | R | | EXPECT | Video of Plaintiff's Second Deposition, 9/9/2021 |
| 63. (premarked as D 63) | | | MAY | Southeast Stevedoring Corp. Crew Time Logs for 7/18/2018 |
| 64. (premarked as D 64) | A, R | | MAY | Gangway Load Bearing Test Certificate |
| 65. (premarked as D 65) | | | MAY | Letter from Plaintiff's Counsel to Norwegian, 7/1/2021 |
| 66. (premarked as D 66) | | | MAY | Plaintiff's Verified Answers to Defendant's Interrogatories |
| 67. (premarked as D 67) | | | MAY | Plaintiff's Verified Amended Answers to Defendant's Interrogatories |
| 68. (premarked as D 68) | | | MAY | Plaintiff's Responses to Defendant's Initial Requests for Production |
| 69. (premarked as D 69) | | | MAY | Tax Documents produced by Plaintiff |
| 70. (premarked as D 70) | | | MAY | Plaintiff's Supplemental Responses to Defendant's Initial Requests for Production |
| 71. (premarked as D 71) | | | MAY | Plaintiff's Responses to Defendant's Supplemental Requests for Production |
| 72. (premarked as D 72) | A, R | | MAY | Plaintiff's Event History from Creative Mornings website |
| 73. (premarked as D 73) | A, R | | MAY | Encompass Real Estate Continuing Education Records |
| 74. (premarked as D 74) | R, H | | MAY | Plaintiff's 2019 Tax Return with Letter from Accountant |
| | | | MAY | Any and all medical records and diagnostic imaging of Plaintiff, subject to Defendant's objections. |
| | | | MAY | Exhibits used for impeachment or rebuttal. |
| | F, R | | MAY | Demonstrative exhibits. |
| | | | MAY | Exhibits listed in Plaintiff's Trial Exhibit List, subject to Defendant's objections. |

CASE NO.: 19-cv-22973-BB

**OBJECTIONS:**
A- Authenticity
I- Inadmissible Material
R- Relevancy
H- Hearsay
UP- Unduly Prejudicial
P- Privileged
D-Duplicative

Respectfully submitted,

BY: */s/ Clyde S. Dunton-Gallagher*
Jeffrey E. Foreman, Esq. (FBN 0240310)
jforeman@fflegal.com
Michael C. Gordon, Esq. (FBN 149284)
mgordon@fflegal.com
Clyde S. Dunton-Gallagher, Esq. (FBN 122012)
cduntong@fflegal.com
One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, FL  33131
Tel: 305-358-6555/Fax: 305-374-9077
*Attorneys for Defendant NCL*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 27th day of September 2021.  I also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

BY: */s/ Clyde S. Dunton-Gallagher*
Clyde S. Dunton-Gallagher, Esq.

CASE NO.: 19-cv-22973-BB

**SERVICE LIST**
CASE No. 19-cv-22973-BB

Glenn J. Holzberg, Esq.
7685 SW 104th Street
Suite 220
Miami, FL 33156
Telephone: 305-668-6410
Facsimile: 305-667-6161
glenn@holzberglegal.com
louis@holzberglegal.com
erika@holzberglegal.com

Mel Orchard
The Spence Law Firm, LLC
PO Box 548
Jackson, WY 83001
orchard@spencelawyers.com
balog@spencelawyers.com

Phillip Parrish
7301 SW 57th Court
Suite 430
Miami, FL 33143
phil@parrishappeals.com

*Attorneys for Plaintiff*

Jeffrey E. Foreman, Esq.
jforeman@fflegal.com
kfehr@fflegal.com
Michael C. Gordon, Esq.
mgordon@fflegal.com
ihormilla@fflegal.com
Clyde Dunton-Gallagher, Esq.
cgallagher@fflegal.com
sporres@fflegal.com
One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, FL 33131
Telephone: 305-358-6555
Fax: 305-374-9077
*Attorneys for Defendant*