U.S. DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
IN ADMIRALTY

CASE NO.: 19-cv-22973-BLOOM/LOUIS

MAI LIS BAHR,

Plaintiff,

vs.

NCL (BAHAMAS) LTD. d/b/a NCL,

Defendant,

_____/

**MOTION FOR LEAVE TO FILE OUTSIDE CURRENT DEADLINE A MOTION TO STRIKE PLAINTIFF'S NEUROLOGICAL INJURY, BACK, AND HEADACHE CLAIMS BASED UPON A DOCUMENT PRODUCED ON FEBRUARY 9, 2022**

Defendant, NCL (Bahamas) Ltd. ("Norwegian") respectfully requests leave to file the attached Motion to Strike Plaintiff's Neurological Injury, Back, and Headache Claims ("Motion to Strike") outside the deadline for filing Motions and states:

1. On **February 9, 2022**, just days before trial, Plaintiff produced, for the first time, a medical record from a previously undisclosed medical provider who Plaintiff saw on **September 16, 2021**.

2. The medical record raises significant issues regarding Plaintiff's claimed injuries in this case and references additional, undisclosed medical records that have never been produced.

3. Based upon the disclosure of this information two business days before trial and the resulting prejudice Norwegian now faces, Norwegian respectfully requests leave to file a Motion to Strike outside the deadline for filing motions established by the Court. See DE 194, citing DE 59 and 71.

4. Because Norwegian did not receive the medical record or know of its existence until after the deadline for filing pretrial motions expired, Norwegian was unable to file the Motion to Strike within the existing deadlines. For this reason, Norwegian respectfully submits that this presents good cause for leave to file the Motion to Strike after the Court's deadline for filing pretrial motions. A copy of the Motion to Strike is attached.

WHEREFORE, Norwegian respectfully requests the Court to allow the submission of the Motion to Strike outside the deadline for submitting pretrial motions.

### CERTIFICATION OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with counsel for all parties or non-parties who may be affected by the relief sought in this motion on February 11, 2022 at 9:50 a.m. in a good faith effort to resolve the issues but has been unable to do so.

Respectfully submitted,

/s/ Jack R. Reiter
Jack R. Reiter, Esq.
Florida Bar No: 0028304
jack.reiter@gray-robinson.com
GrayRobinson, P.A.
333 SE Second Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

*Co-Counsel for Defendant*

Jeffrey E. Foreman, Esq.
Michael C. Gordon, Esq.
Clyde Dunton-Gallagher, Esq.
One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, FL 33131
Telephone: 305-358-6555
Fax: 305-374-9077
jforeman@fflegal.com
kfehr@fflegal.com
mgordon@fflegal.com
ihormilla@fflegal.com
cgallagher@fflegal.com
porres@fflegal.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing was served upon all interested parties using this Court's ECF filing system this 11th day of February 2022.

/s/ Jack R. Reiter