IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 19-CV-22973-BB

MAI LIS BAHR,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.
d/b/a NCL,

    Defendant.
_____/

**PLAINTIFF'S UNOPPOSED EMERGENCY MOTION FOR
CONTINUANCE DUE TO INABILITY TO PROCEED WITH
CASE DURING CURRENT TRIAL SETTING**

Plaintiff, pursuant to S.D.Fla.L.R. 7.1(d) hereby files this Unopposed Emergency Motion requesting a ruling by today's date, Tuesday, February 15, 2022, because the trial is currently (re)scheduled to begin tomorrow morning. The trial of this matter was scheduled to commence on Monday, February 14, 2022. The Plaintiff had arranged to have all necessary expert and lay witnesses available for live testimony, despite the fact that many of those witnesses reside out of state.

Unforeseen to the parties, or the Court, there were no available jurors to begin trial on Monday or Tuesday, and thus on Monday morning the Court informed the parties that the trial could not begin until Wednesday, February 16, 2022.

The Court asked, and the parties pledged, to try to make that work, noting that all witnesses would need to be contacted to arrange for different dates to testify.

Despite Plaintiff's best efforts, the Plaintiff will not be able to commence trial on February 16, 2022, as several key witnesses will be unavailable to testify.

Accordingly, the Plaintiff requests that this Court reschedule this trial for a mutually convenient date for the parties.

The parties request that if the Motion is granted, that the Court set a short status conference tomorrow either in person or via Zoom or telephone, in order to discuss an appropriate trial resetting.

## Local Rule 7.1 Certification

The undersigned counsel has consulted with counsel for Defendant, Noah Silverman, and is authorized to represent to this Court that the Defendant has no objection to this motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on February 15, 2022.  I also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

## Rule 7.1(d) Certification

After reviewing the facts and researching applicable legal principles, I certify that this motion in fact presents a true emergency (as opposed to a matter that may need only expedited treatment) and requires an immediate ruling because the Court would not be able to provide meaningful relief to a critical, non-routine issue after the expiration of seven days.  I understand that an unwarranted certification may lead to sanctions.

Respectfully submitted,

Philip D. Parrish, P.A.
*Co-counsel for Plaintiff*
7301 SW 57th Court, Suite 430
Miami, Florida 33143
Tel.: 305-670-5550/Fax: 305 670-5552
Email: phil@parrishappeals.com
      betty@parrishappeals.com

By: ___*/s/ **Philip D. Parrish**___
      Philip D. Parrish
      FBN 0541877

**SERVICE LIST**

**GLENN J. HOZBERG, ESQ.**
glenn@holzberglegal.com
HOLZBERG LEGAL
*Counsel for Plaintiff*
Offices at Pinecrest II, Suite 220
7685 S.W. 104th Street
Miami, Florida 33156
Tel. (305) 668-6410
Fax (305) 667-6161

**Mel C. Orchard, III, Esq.**
orchard@spencelawyers.com
Wyoming Bar No: 5-2984
THE SPENCE LAW FIRM, LLC
*Counsel for Plaintiff*
15 S Jackson St. / P.O. Box 548
Jackson, WY 83001
Tel. (307) 733-790
Fax (307) 733-5248

**Philip D. Parrish, P.A.**
*Co-counsel for Plaintiff*
7301 SW 57th Court, Suite 430
Miami, Florida 33143
Tel. 305-670-5550/Fax 305-670-5552
phil@parrishappeals.com
betty@parrishappeals.com

**JEFFREY E. FOREMAN, ESQ.**
jforeman@fflegal.com
kfehr@fflegal.com
**MICHAEL C. GORDON, ESQ.**
mgordon@fflegal.com
ihormilla@fflegal.com
**CLYDE DUNTON-GALLAGHER, ESQ.**
cgallagher@fflegal.com
sporres@fflegal.com
FOREMAN FRIEDMAN, PA
*Counsel for Defendant*
One Biscayne Tower – Suite #2300
2 South Biscayne Boulevard
Miami, Florida 33131
Tel. 305-358-6555
Fax 305-374-9077