UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-22973-BLOOM/Louis

MAI LIS BAHR,

    Plaintiff,

v.

NCL (BAHAMAS) LTD. d/b/a
NORWEGIAN CRUISE LINE,

    Defendant.
_____/

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

**THIS CAUSE** is before the Court upon the Unopposed Motion to Withdraw as Counsel of Record, filed by Clyde S. Dunton-Gallagher, counsel for Defendant NCL (Bahamas) Ltd., ECF No. [224] ("Motion"). The Court has carefully reviewed the Motion, the record, the applicable law, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [224]**, is **GRANTED**.

2. Clyde S. Dunton-Gallagher is relieved from any further responsibilities in the representation of Defendant NCL (Bahamas) Ltd. in this matter.

3. All associated papers and pleadings shall continue to be served upon attorneys Jordan Scott Kosches and Jack Roy Reiter of the law firm GrayRobinson, P.A., and attorneys Noah Daniel Silverman, Rachael Mitchell Fagenson, Jeffrey Eric Foreman, and Michael Charles Gordon of the law firm Foreman Friedman, P.A.

4. All case deadlines remain in place.

Case No. 19-cv-22973-BLOOM/Louis

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 7, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record