Was all information ask by Mis Gill given by NCL? Did NCL Refuse at enything ask?

Her central system only
is check by her stomach

How serious is Mr Bahr
Back pain at this time

in other word how difficult
is bending down at this
time

Amitriptoline is an antidepressant. Was she taking that for headaches (as mentioned) & depression?

Did he ask her why she was taking it?

Did he know about her depression and use of amitriptoline prior to her cognitive testing?

What effect, if any, could a long term concussion/ brain Injury have on someone operating a Motor Vehicule? Can ~~this~~ lead someone to crash? the concussion

~~[scribbled out text]~~

For People with concussions is there a certain period where they are not allowed to drive? If so, How long is the period and is it different for long term concussions/Brain Injury?

[scribbled/illegible handwritten text] ...was there a change?

Is only 1 checkup the norm? Are additional checkups necessary to see how the brain injury progresses?

What is the usual cadence for checkups for this type of injury? Since there was only 1 checkup